AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CHANDA MICHAELA BROWN <br><br> *Plaintiff* <br> v. <br> FLORIDA ATLANTIC UNIVERSITY <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> 16-CV-80251-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLORIDA ATLANTIC UNIVERSITY

                                 Office of the President
                                 777 Glades Road
                                 Administration Building, Room 339
                                 Boca Raton, FL 33431

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                                 Erika Deutsch Rotbat, Esq.
                                 Deutsch Rotbart & Associates, P.A.
                                 4755 Technology Way, Suite 106
                                 Boca Raton, FL 33431

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Feb 23, 2016

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts