## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of | County of | United States District Court - Court |

Case Number: 9:16-CV-80251-DMM

Plaintiff:
**CHANDA MICHAELA BROWN**

vs.

Defendant:
**FLORIDA ATLANTIC UNIVERSITY**


ABV2016000242

For:
Erika Deutsch Rotbart
Deutsch Rotbart & Associates, P.A
4755 Technology Way
Ste 106
Boca Raton, FL 33431

Received by On Time Legal Services, a Division of OTD on the 24th day of February, 2016 at 9:40 am to be served on **Florida Atlantic University Office of the President, 777 Glades Road, Administration Building, Room 339, Boca Raton, FL 33431**.

I, Robert Little, do hereby affirm that on the **25th day of February, 2016** at **10:55 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action, and Complaint, and Notice and Consent to Proceed Before a United States Magistrate Judge** with the date and hour of service endorsed thereon by me, to: **Suzanne Prescott** as **Office Administrator** for **Florida Atlantic University Office of the President,** at **777 Glades Road, Administration Building, Room 339, Boca Raton, FL 33431**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 49, Sex: F, Race/Skin Color: W, Height: 5'6", Weight: 225, Hair: BR, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing verified return of service and that the facts stated in it are true. Pursuant to FS 92.525(2), no notary is required.

**Robert Little**
Process Server #_____

**On Time Legal Services, a Division of OTD
3620 NE 5th Avenue
Oakland Park, FL 33334
(954) 915-8727**

Our Job Serial Number: ABV-2016000242

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1c