UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 16-80251-CV-MIDDLEBROOKS/BRANNON

CHANDA MICHAELA

    BROWN, Plaintiff,

v.

FLORIDA ATLANTIC

    UNIVERSITY, Defendant.
_____/

### DEFENDANT'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO PLAINTIFF

Defendant, FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTESS, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby notifies that it served its First Set of Interrogatories and First Request for Production upon Plaintiff, CHANDA MICHAELA BROWN, to be answered under oath within thirty (30) days of service hereof.

Dated:  April 18th, 2016
        Hollywood, FL

                      Respectfully Submitted,

                      **Rubinton & Associates, P.A.**
                      *Attorney for Defendant*
                      **Bank of America Building**
                      3801 Hollywood Blvd., Suite 300
                      Hollywood, Florida 33021
                      Telephone:    954-251-5500
                      Fax:             954-251-5501

                      By: /s/ *Jeffrey A. Rubinton*
                      JEFFREY A. RUBINTON, ESQ.
                       Florida Bar: 821756
                        Primary E-Mail: jrubinton@rubintonlaw.com
                        Secondary E-Mail: jlopez@rubintonlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF, this 18th day of April 2016.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

By: /s/ *Jeffrey A. Rubinton*

JEFFREY A. RUBINTON, ESQ.
Florida Bar # 821756

**SERVICE LIST**

Erika Deutsch Rotbart, Esq.
Deutsch Rotbart & Associates, P.A.
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
**VIA CM/ECF**