UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 16-80251-CV-MIDDLEBROOKS/BRANNON

CHANDA MICHAELA BROWN,

    Plaintiff,

v.

FLORIDA ATLANTIC UNIVERSITY,
BOARD OF TRUSTEES

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION

TO:    Jeffrey A. Rubinton, Esq. and Dawn Marshall, Esq.
        Rubinton & Associates, P.A.
        Bank of America Building
        3801 Hollywood Blvd., Suite 300
        Hollywood, Florida 33021

**YOU**, as attorney for Defendant, FLORIDA ATLANTIC UNIVERSITY, BOARD OF TRUSTEES ("FAU"), are hereby notified that on **Thursday, August 4, 2016** at **the offices of Deutsch Rotbart & Associates, P.A., 4755 Technology Way, Suite 106, Boca Raton, Florida 33431**, Plaintiff, CHANDA MICHAELA BROWN, in the above-styled cause will take the deposition of:

- **David Tomanio commencing promptly at 9:00 a.m.**

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition is to be taken pursuant to the Federal Rules of Civil Procedure and is being taken for all purposes permitted by said Rules including for use as trial evidence. The said oral examination will continue from hour to hour and from day to day until completed.

**DATED: July 20, 2016.**

        Respectfully submitted,

        Counsel for Plaintiff
        DEUTSCH ROTBART & ASSOCIATES, P.A.
        4755 Technology Way, Suite 106
        Boca Raton, Florida 33431
        Telephone:  561.361.8010
        Facsimile:   561.361.8086
        Email:  edrotbart@dralawfirm.com

        BY: s/Erika Deutsch Rotbart
           Erika Deutsch Rotbart, Esq.
           Florida Bar No.: 0047686

*In accordance with the Americans with Disabilities Act of 1990, persons in need of a special accommodation to participate in this proceeding shall contact the ADA Coordinator not later than five (5) business days prior to the proceeding at the 15th Judicial Circuit Court, 205 North Dixie Highway, West Palm Beach, FL 33401; phone (561)355-4380.*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this **20th day of July, 2016**, I served *Notice of Deposition of David Tomanio* via email upon all counsel of record identified on the attached Service List.

        DEUTSCH ROTBART & ASSOCIATES, P.A.
        Counsel for Plaintiff

        BY: s/Erika Deutsch Rotbart
           Erika Deutsch Rotbart, Esq.
           Florida Bar No.: 0047686

**SERVICE LIST**
*Chanda M. Brown v. Florida Atlantic University, Board of Trustees*
*Case No.: 16-80251-CV-MIDDLEBROOKS/BRANNON*

Erika Deutsch Rotbart, Esq
Deutsch Rotbart & Associates, P.A.
4755 Technology Way, Suite 106
Boca Raton, FL 33431
Telephone:  561.361.8010
Facsimile:   561.361.8086
Primary E-mail: edrotbart@dralawfirm.com
Secondary E-mail: dralaw@dralawfirm.com
Counsel for Plaintiff

Jeffrey A. Rubinton, Esq.
Dawn Marshall, Esq.
Rubinton & Associates, P.A.
Bank of America Building
3801 Hollywood Blvd., Suite 300
Hollywood, FL 33021
Telephone: 954.251.5500
Facsimile:  954.251.5501
E-mail: jrubinton@rubintonlaw.com
           dmarshall@rubintonlaw.com
           estfleur@rubintonlaw.com
Counsel for Defendant